1
2

The Honorable Richard A. Jones
The Honorable John C. Coughenour

3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

11

UNITED STATES OF AMERICA,

12

Plaintiff,

13

14

v.

15

ALICIA KATHLEEN CRUZ,

16

Defendant.

17

NO. CR13-0078RAJ
CR19-00114JCC

**NOTICE OF RELATED CASE**

18      The United States of America respectfully submits this Notice of Related Cases

19  pursuant to Local Rule CrR 13(b).

20      On June 13, 2019, the United States Attorney filed an Information charging Alicia

21  Cruz with Bank Fraud. *United States v. Alicia Cruz*, CR19-114JCC ("Cruz II"). The

22  Information alleges that defendant wrote fraudulent checks using another person's bank

23  account number. Defendant is expected to enter a guilty plea on June 19, 2019.

24      The United States hereby provides notice that *Cruz II* is related to a pending

25  supervised release proceeding pending under cause number CR13-078RAJ ("Cruz 1").

26  The alleged supervised release violations in *Cruz I* are based in part on the same check

27  fraud scheme that is the basis of the new charge in *Cruz II*. Accordingly, the two cases

28

United States v. Alicia Cruz
Notice of Related Case-1

UNITED STATES ATTORNEY
700 STEWART STREET
SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | involve common evidentiary issues, and consolidation of the two matters may be
2 | appropriate for sentencing.
3
4 |         DATED:  June 13, 2019
5
                                        Respectfully submitted,
6
7                                       BRIAN T. MORAN
                                        United States Attorney
8
9
                                        *s/ Seth Wilkinson*
10                                      SETH WILKINSON
                                        Assistant United States Attorney
11                                      Western District of Washington
12                                      700 Stewart Street, Suite 5220
                                        Seattle, WA  98101
13                                      Phone:  (206) 553-7970
14                                      Fax:  (206) 553-2502
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States v. Alicia Cruz
Notice of Related Case-2

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that on June 13, 2019, I have electronically filed the foregoing

3    with the Clerk of the Court using the CM/ECF system which will send notification of

4    such filing to the attorneys of record for the defendant.

5

6

7                                                              *s/ Dru Mercer*
                                                              DRU MERCER
8                                                              Paralegal Specialist
9                                                              United States Attorney's Office
                                                              700 Stewart Street, Suite 5220
10                                                             Seattle, Washington 98101-1271
11                                                             Telephone: 206-553-7970
                                                              Fax: 206-553-2502
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States v. Alicia Cruz
Notice of Related Case-3